# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Baltimore

In re:    Case No.: **17–18481 – TJC**    Chapter: **7**    Adversary No.: **20–00149**

**Roy Sens and Melanie Susan Sens**
Debtors

**Roy Sens**
**Melanie Susan Sens**
**Sens Mechanical, Inc.**
**Sens, Inc.**
Plaintiff

vs.

**Whiteford Taylor & Preston, LLP**
**Thomas C. Beach**
Defendant

# NOTICE

PLEASE TAKE NOTICE that a Pretrial hearing will be held

at 6500 Cherrywood Lane, Courtroom 3–E, Greenbelt, MD 20770

on 7/15/20 at 10:00 AM

to consider and act upon the following:

1 – Adversary case 20–00149. (01 (Determination of removed claim or cause)) Notice of Removal of Complaint by Roy Sens, Melanie Susan Sens, Sens Mechanical, Inc., Sens, Inc.. Fee Amount $350. (Attachments: # 1 Exhibit Exhibit A–Complaint State Court # 2 Exhibit Exhibit B–Notice of Removal State Court) (Marini, Lauren)

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 5/21/20

Mark A. Neal, Clerk of Court
by Deputy Clerk, Michelle Maloney–Raymond
410–962–4373

Form ntcpretrl (07/19/05)